# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

MICHAEL LABRON BENN,     )
                      )
      Plaintiff,         )
                      )
v.                    )    Case No. 2:19-cv-1635-MHH-GMB
                      )
LT. JENKINS, et al.,        )
                      )
      Defendants.      )

## MEMORANDUM OPINION

On December 4, 2019, the magistrate judge filed a report in which he recommended that the Court dismiss this action without prejudice for lack of prosecution. (Doc. 4). The magistrate judge advised Mr. Benn of his right to file written objections within 14 days. The Court has not received an objection from Mr. Benn.

Having reviewed Mr. Benn's complaint, the magistrate judge's October 15, 2019 order, and the magistrate judge's report and recommendation, the Court accepts the magistrate judge's recommendation and will dismiss this action without prejudice for failure to prosecute. If Mr. Benn wishes to pursue the allegations in his complaint, he may file a new complaint.

The Court will enter a final order.

**DONE** this 7th day of January, 2020.

MADELINE HUGHES HAIKALA
UNITED STATES DISTRICT JUDGE